Steve SOUTHERN, etc., et al.,
Plaintiffs-Appellants,

v.

The BOARD OF TRUSTEES FOR the DALLAS INDEPENDENT SCHOOL DISTRICT, Nolan Estes, Superintendent, et al., Defendants-Appellees.

No. 71-2462
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 16, 1972.

Andrew L. Monson, James A. Johnston, Dallas, Tex., for appellants.

Warren Whitham, John P. Clarson, Spafford, Gay & Whitham, Dallas, Tex., for appellees.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

The judgment of the district court, 318 F.Supp. 355, is affirmed. See Karr v. Schmidt, 5 Cir. 1972, 460 F.2d 609 (En Banc), [No. 31,045, Slip Opinion dated April 28, 1972].

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York

James Henry EISENHARDT, Petitioner-Appellant,

v.

UNITED STATES of America,
Respondent-Appellee.

No. 71-3266.

United States Court of Appeals,
Fifth Circuit.

July 7, 1972.

James Henry Eisenhardt, pro se.

Robert W. Rust, U. S. Atty., Miami, Fla., for respondent-appellee.

Before GEWIN, AINSWORTH, and SIMPSON, Circuit Judges.

BY THE COURT:

It is ordered that the portion of this appeal involving denial of relief under 28 U.S.C. § 2255 is hereby dismissed as being moot, it appearing that the District Court has granted such relief to the appellant in another proceeding.

It is further ordered that the portion of this appeal involving the District Court's refusal to issue arrest warrants for certain named individuals, and appealing the District Judge's refusal to recuse himself, is hereby dismissed as being frivolous. See Local Rule 20.